AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

The computers that access "Websites 1-23" as described in Attachment A, incorporated herein

) Case No. 13-1744 WGC
)
)
)
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Southern___ District of ___Maryland and elsewhere___
*(identify the person or describe the property to be searched and give its location)*:

see Attachment A, incorporated herein.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

see Attachment B, incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___August 5 2013___
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Duty Magistrate _____.
*(name)*

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☑ for ___30___ days *(not to exceed 30).*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___July 22, 2013 2:00p.m.___   ___William Connelly___
Judge's signature

City and state:   Greenbelt, Maryland   William Connelly, Chief U.S. Magistrate Judge
Printed name and title

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 13-1744 WC | executed between 8/3/13 - 8/5/13 | N/A |

Inventory made in the presence of: N/A

Inventory of the property taken and name of any person(s) seized:

Data from computers that accessed ~~computers~~ m/j websites 1-23 between 8/3/13 and 8/5/13.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/15/13

_____
Executing officer's signature

_____
Printed name and title
Special Agent, FBI

## ATTACHMENT A – PAGE 1 OF 2

### Locations to be Searched

This warrant authorizes the use of a network investigative technique ("NIT") to be deployed on the computer server described below, obtaining information described in Attachment B from the activating computers described below.

The computer server is the server operating the Tor network child pornography websites referred to herein as Websites 1-23, as identified by their respective Tor URLs in the following chart, which will be located at a government facility in the District of Maryland.

The activating computers are those of: (1) any user or administrator who logs into any of Websites 1-23 by entering a username and password; (2) any user who accesses any section of any of Websites 1-23 where child pornography may be accessed; and (3) any user who uploads a file to any of Websites 1-23.

The government will not employ this network investigative technique after 30 days after this warrant is authorized, without further authorization.



## ATTACHMENT A – PAGE 2 OF 2

### Locations to be Searched

| Website # | URL |
|---|---|
| 1 | ███████████onion |
| 2 | ██████████.onion |
| 3 | ███████████onion |
| 4 | ██████████onion |
| 5 | █████████.onion/█ |
| 6 | ████████.onion |
| 7 | █████████.onion████████████ |
| 8 | ████████████.onion |
| 9 | ██████████.onion |
| 10 | █████████.onion |
| 11 | █████████.onion██ |
| 12 | █████████.onion |
| 13 | █████████.onion |
| 14 | █████████.onion |
| 15 | █████████.onion |
| 16 | █████████.onion |
| 17 | █████████.onion████████ |
| 18 | █████████.onion |
| 19 | ██████████.onion█ |
| 20 | █████████.onion |
| 21 | █████████.onion |
| 22 | █████████.onion |
| 23 | █████████.onion |

98

## ATTACHMENT B

### Information to be Seized

From any "activating" computer described in Attachment A:

1. the "activating" computer's actual IP address, and the date and time that the NIT determines what that IP address is;

2. a unique identifier (e.g., a series of numbers, letters, and/or special characters) to distinguish data from that of other "activating" computers, that will be sent with and collected by the NIT;

3. the type of operating system running on the computer, including type (e.g., Windows), version (e.g., Windows 7), and architecture (e.g., x 86);

4. information about whether the NIT has already been delivered to the "activating" computer;

5. the "activating" computer's Host Name;

6. the "activating" computer's media access control ("MAC") address;

that is evidence of violations of 18 U.S.C. § 2252A(g), Engaging in a Child Exploitation Enterprise; 18 U.S.C. §§ 2251(d)(1) and or (e), Advertising and Conspiracy to Advertise Child Pornography; 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1), Receipt and Distribution of, and Conspiracy to Receive and Distribute Child Pornography; and/or 18 U.S.C. § 2252A(a)(5)(B) and (b)(2), Knowing Access or Attempted Access With Intent to View Child Pornography.